**FILED**
OCT - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GRAPHIC ARTS MUTUAL INSURANCE
P.O. Box 6520
Utica, N.Y.  13504
As subrogee of
CORNELIUS ELLIS
7600 Fontainbleau Drive, Apt. 301
New Carrollton, MD  20784-3834

   Plaintiff

vs.

           Case No. _____

UNITED STATES POSTAL SERVICE
900 Brentwood Road, N.E.
Washington, D.C. 20066

Case: 1:07-cv-01822
Assigned To : Walton, Reggie B.
Assign. Date : 10/9/2007
Description: PI/Malpractice

 Serve Upon:
Office of the Postmaster General
4751 L'Enfant Plaza, S.W.
Washington, D.C.   20260

and

United States Attorney's Office
Jeffrey A. Taylor, USA
555 4th Street NW
Washington, D.C. 20530

and

Office of the U.S. Attorney General
Department of Justice
10th Street and Pennsylvania Avenue, N.W.
Washington, D.C.  20530

   Defendant

LAW OFFICES
MCCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 762-7770

## COMPLAINT

COMES NOW the Plaintiff, Graphic Arts Mutual Insurance, as subrogee of Cornelius Ellis, by and through its attorneys, McCarthy Wilson LLP and Jeffrey W. Stickle, and sues the Defendant, the United States Postal Service, and as cause of action states:

## VENUE AND JURISDICTION

1. That this action is a subrogation action arising from a workplace accident involving the subrogor, Cornelius Ellis, occurring on or about December 6, 2004, at the United States Postal Service Facility, located at 900 Brentwood Road, N.E., Washington, D.C. 20066;

2. That Cornelius Ellis is a resident of the State of Maryland;

3. That pursuant to 28 U.S.C. §1346, this Court has exclusive jurisdiction over claims against the United States or its agencies;

4. That as the cause of action which is the subject of this Complaint arose in Washington, D.C., venue in this Court is proper pursuant to 28 U.S.C. §1391;

## FACTS COMMON TO ALL COUNTS

5. That on or about December 6, 2004, the subrogor, Cornelius Ellis, while in the course of his employment for Fannon-Luers Associates, Inc., was working on a platform at the United States Postal Service post office, located on Brentwood Road in Washington, D.C.;

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 762-7770

6.  That as Mr. Ellis was bending over, a package of mail being carried by a forklift, operated by a United States Postal Service employee named "Steve", struck Mr. Ellis in the head, knocking him to the ground;

7.  That as a result of being struck in the head, Mr. Ellis sustained serious, significant, and permanent injuries about his body;

8.  That as a result of his injuries, Mr. Ellis incurred medical expenses, lost wages, pain and suffering, and other economic and non-economic damages;

9.  That as Mr. Ellis was working in the scope of his employment at the time of injury, he received Workers' Compensation benefits paid by the subrogee, Graphic Arts Mutual Insurance, pursuant to the provisions of the Maryland Workers Compensation Act, Md. Code, Labor & Employment §9-101 *et seq.*;

10. That pursuant to the terms of the insurance policy and the Maryland Workers Compensation Act, Graphic Arts Mutual Insurance retains the right of subrogation to recover those amounts paid from the tortfeasor, the United States Postal Service.

## COUNT I – NEGLIGENCE

11. That the agent/employee/servant of Defendant United States Postal Service, known as "Steve", owed a duty to Mr. Ellis to operate his forklift in a careful, safe, prudent and reasonable manner;

12. That as the principal/employer/master of its employee, "Steve", Defendant United States Postal Service is responsible for the negligent acts of its agent/employee/servant;

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 762-7770

3

13. That Defendant United States Postal Service further owed a duty to Mr. Ellis to operate the Brentwood facility in a reasonably safe manner;

14. That a breach of the aforesaid duties, United States Postal Service Employee "Steve" negligently and recklessly operated his forklift, striking Mr. Ellis and causing injury to him, for which Defendant is liable;

15. That as a further breach of duty, the Defendant failed to operate its facility in a reasonably safe manner;

16. That as a direct and proximate result of the negligence and recklessness of the Defendant and/or its agent/servant/employee as aforesaid, Cornelius Ellis sustained significant personal injuries, medical expenses, lost wages, bodily injuries of a temporary and permanent nature, pain and suffering, and other economic and non-economic losses, without any negligence on the part of Cornelius Ellis contributing thereto.

WHEREFORE, Plaintiff demands judgment against the Defendant, the United States Postal Service, in the amount of Five Hundred Thousand Dollars ($500,000.00).

Respectfully submitted,

McCARTHY WILSON, LLP

Jeffrey W. Stickle, Bar No. #491686
100 South Washington Street
Rockville, MD 20850
(301) 762-7770
(301) 762-3023 facsimile
sticklej@mcwilson.com
*Attorney for Plaintiff*

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 762-7770

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

GRAPHIC ARTS MUTUAL INSURANCE, as subrogee of CORNELIUS ELLIS

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Jeffrey W. Stickle, #491686
McCarthy Wilson LLP
100 South Washington St., Rockville, MD 20850
301-762-7770

## DEFENDANTS

UNITED STATES POSTAL SERVICE

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

Case: 1:07-cv-01822
Assigned To : Walton, Reggie B.
Assign. Date : 10/9/2007
Description: PI/Malpractice

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
⊗ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

○ **A.** *Antitrust*

☐ 410 Antitrust

⊙ **B.** *Personal Injury/Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E.** *General Civil (Other)*     OR     ○ **F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 1346

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 500,000   Check YES only if demanded in complaint
JURY DEMAND:  YES ☒  NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐  NO ☒   If yes, please complete related case form.

DATE October 5, 2007   SIGNATURE OF ATTORNEY OF RECORD [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.