UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | Civ. Act. No.  07-1822 (RBW) |
| | ) | |
| UNITED STATES POSTAL SERVICE | ) | |
| | ) | |
| | ) | |
| DEFENDANT | ) | |

\* \* \* \* \* \* \* \* \* \*

**MOTION FOR AN ENLARGEMENT OF TIME**
**TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

  Defendant, the United States Postal Service, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or otherwise plead to plaintiff's complaint, until, January 24, 2008.  The answer would otherwise be due on Thursday, December 27, 2007.  This is Defendant's first request for an extension.  Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m), but has not responded prior to the time of filing.  Plaintiff brought this action under the Federal Torts Claims Act.

  Additional time is required to investigate the allegations contained in the complaint, to review Plaintiff's administrative claim file and to confer with agency counsel.  In addition, defense counsel has had other litigation responsibilities in the interim including the following: Reply Brief in <u>Winston v. Samper,</u> Civ. Act No. 07-1411(RWR); Motion for Summary Judgment in <u>Daniels v. Bruce James,</u> Civ. act. No. 05-2455 (GK); Appellate brief in <u>Kaufman v. Gonzales</u>, District of Columbia, Circuit Court Case No. 06-5259; preparing witnesses and defending depositions in <u>Esquibel v. Cino</u>, Civ. Act. No. 06-1485 (PLF) and <u>Hawkins v. Gonzales</u>, Civ.

Act. No. 07-0010 (CKK); preparing for mediation in <u>Legnini v. USA</u>, Civ. Act. No. 06-0012 (RJL); and settling <u>Bailey v. U.S. Postal Service,</u> Civ. Act. No. 98-2224 (HHK).

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE,                )<br>                                                                                 )<br>                        PLAINTIFF                            )<br>                                                                                 )<br>        v.                                                                     )<br>                                                                                 )<br>UNITED STATES POSTAL SERVICE         )<br>                                                                                 )<br>                                                                                 )<br>                        DEFENDANT                       ) | Civ. Act. No. 07-1822 (RBW) |

**PROPOSED ORDER**

UPON CONSIDERATION of Defendant's Motion for an Enlargement of Time To file its' Answer up to January 24, 2008, and the entire record herein, it is this ____ day of _____, 200_, hereby

ORDERED, that Defendant's motion is GRANTED.

_____
**UNITED STATES DISTRICT JUDGE**