UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE, )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>UNITED STATES POSTAL SERVICE )<br>)<br>)<br>DEFENDANT ) | Civ. Act. No. 07-1822 (RBW) |

\* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant, the United States Postal Service, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or otherwise plead to plaintiff's complaint, until, January 29, 2008. The answer would otherwise be due on Thursday, January 24, 2008. This is Defendant's second request for an extension. Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m), and will not object to the relief requested in this motion. Plaintiff brought this action under the Federal Torts Claims Act.

This additional time is requested because defense counsel has not had time to review this case and other litigation responsibilities have taken time and attention, including the following: filing an Opposition in Winston v. Samper, Civ. Act No. 07-1411(RWR) due January 24, 2008; and a Reply Brief in Zhang v. Chertoff, Civ. Act. No. 07-1209 (RWR) due January 25, 2008, supplementing discovery responses in Hawkins v. Gonzales, Civ. Act. No. 07-0010 (CKK)

Accordingly, the defendant's request for an extension of time to file its pleading until Tuesday, January 29, 2008, is made for good cause shown and not to cause undue delay of the

proceedings.

        Respectfully submitted,

        /s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

        /s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

        /s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GRAPHIC ARTS MUTUAL INSURANCE,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | Civ. Act. No.  07-1822 (RBW) |
| | ) | |
| **UNITED STATES POSTAL SERVICE** | ) | |
| | ) | |
| | ) | |
| **DEFENDANT** | ) | |

**PROPOSED ORDER**

UPON CONSIDERATION of Defendant's Consent Motion for an Enlargement of Time To file its' Answer up to January 29, 2008, and the entire record herein, it is this \_\_\_\_ day of _____, 2008, hereby

ORDERED, that Defendant's motion is GRANTED.

_____
**UNITED STATES DISTRICT JUDGE**