UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Civ. Act. No. 07-1822 (RBW) |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| ) | |
| DEFENDANT. ) | |

* * * * * * * * * *

### MOTION FOR AN ENLARGEMENT OF TIME
### TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Defendant, the United States Postal Service, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or otherwise plead to plaintiff's complaint, for two days until, January 31, 2008. The answer would otherwise be due on, January 29, 2008. This is Defendant's third request for an extension. Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m), but has not responded prior to the filing of this motion. Plaintiff, insurance company, brought this action under the Federal Torts Claims Act to recoup monies paid under the Maryland Worker's Compenstion Act.

This additional time is requested because defense counsel has still not had time enough to review this case fully with the other litigation responsibilities that have taken time and attention, including the following: filing an Opposition in Winston v. Samper, Civ. Act No. 07-1411(RWR) due January 24, 2008; and a Reply Brief in Zhang v. Chertoff, Civ. Act. No. 07-1209 (RWR) due January 25, 2008; supplementing discovery responses in Hawkins v. Gonzales, Civ. Act. No. 07-0010 (CKK); and preparation for depositions in Brown v. USA, Civ. Act. No.

05-2309 (EGS) on January 28.

Accordingly, the defendant's request for an extension of time to file its pleading until January 31, 2008, is not to cause undue delay of the proceedings but for good cause shown.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GRAPHIC ARTS MUTUAL INSURANCE,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| v. | ) | Civ. Act. No. 07-1822 (RBW) |
| | ) | |
| **UNITED STATES POSTAL SERVICE,** | ) | |
| | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

**<u>PROPOSED ORDER</u>**

UPON CONSIDERATION of Defendant's Motion for an Enlargement of Time To file its' Responsive pleading up to January 31, 2008, and the entire record herein, it is this ____ day of _____, 2008, hereby

ORDERED, that Defendant's motion is GRANTED.

_____
**UNITED STATES DISTRICT JUDGE**