IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE<br>As subrogee of<br>CORNELIUS ELLIS<br><br>    Plaintiff<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE<br><br>    Defendant | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 07-1822 (RBW)<br>:<br>:<br>:<br>: |

**STIPULATION OF DISMISSAL**

**TO THE CLERK OF THE COURT:**

With the consent of the parties, please dismiss the claims of Graphic Arts Mutual Insurance against the United States Postal Service, with prejudice.

| /s/ | /s/ (with consent) |
|---|---|
| Jeffrey W. Stickle | Heather Graham Oliver |
| McCarthy Wilson LLP | Assistant United States Attorney |
| 100 South Washington Street | U.S. Attorney's Office |
| Rockville, MD 20850 | Judiciary Center Building |
| (301) 762-7770 | 555 Fourth Street, NW |
| *Attorneys for Plaintiff* | Suite 4-4808 |
| | Washington, D.C. 20530 |
| | (202) 305-1334 |
| | *Attorneys for Defendant* |